# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WILLIAM C. URBANSKI, DISTRICT ATTORNEY OF SUSQUEHANNA COUNTY, | : | No. 13 MM 2018 |
| | : | |
| | : | |
| | : | |
| | : | Emergency Application to File |
| Petitioner | : | Emergency Petition for Writ of |
| | : | Prohibition and Declaratory Relief |
| | : | Pursuant to 42 Pa. C.S. § 721 |
| v. | : | |
| | : | |
| | : | |
| HON. JASON L. LEGG, PRESIDENT | : | |
| JUDGE, SUSQUEHANNA COUNTY | : | |
| COURT OF COMMON PLEAS, 34TH | : | |
| JUDICIAL DISTRICT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2018, the Emergency Application to File Emergency Petition for Writ of Prohibition and Declaratory Relief Pursuant to 42 Pa.C.S. § 721 is **DENIED**, **WITHOUT PREJUDICE** to Petitioner's right to raise these claims via a *quo warranto* action in the Court of Common Pleas of Susquehanna County, to be heard on an expedited basis.  Further, Petitioner's Application for Leave to File a Reply is **DENIED**.